■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER MURRAY, Appellant. [725 NYS2d 881] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered December 22, 1999, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's allegations of prosecutorial misconduct during the People's summation are unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Dien,* 77 NY2d 885; *People v Laguer,* 235 AD2d 495). In any event, most of the prosecutor's remarks were a fair response to statements made by the defense counsel in his summation which attacked the veracity and credibility of the complainant (*see, People v Halm,* 81 NY2d 819, 821; *People v Ryant,* 278 AD2d 345; *People v Colon,* 122 AD2d 151). Moreover, the evidence of the defendant's guilt was overwhelming, rendering any error harmless (*see, People v Crimmins,* 36 NY2d 230). Santucci, J. P., Goldstein, Luciano and Adams, JJ., concur.